UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CEDRIC BISHOP, *for himself and on behalf of all other persons similarly situated*,

                Plaintiff,

          *– against –*

APOGEE EVENTS, INC.,

                Defendant.

**ORDER**

20 Civ. 364 (ER)

RAMOS, D.J.:

    On January 28, 2020, Apogee Events was served with process. Since then, no action has occurred in this case. Accordingly, Bishop is directed to file a status report with the Court by November 1, 2020. Failure to comply with this Order may result in sanctions, up to and including dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   October 2, 2020
             New York, New York

                                        EDGARDO RAMOS, U.S.D.J.